**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   WELLS,                                    No. C05-03720 MJJ

12              Plaintiff,            **ORDER DENYING STIPULATION TO**
                                      **CONTINUE TRIAL DATE AND ALL**
13     v.                             **TRIAL-RELATED DATES AND**
                                      **DEADLINES**
14   COSTCO WHOLESALE CORPORATION ET
     AL,
15
               Defendant.
16   _____/

17
         Before the Court is the Parties' Stipulation to Continue Trial Date and all Trial-Related Dates
18
     and Deadlines.  Having considered the Stipulation, the Court hereby **DENIES** the Stipulation.
19
     **IT IS SO ORDERED.**
20

21

22
     Dated: December 12, 2006
23                                            _____
                                              MARTIN J. JENKINS
24                                            UNITED STATES DISTRICT JUDGE

25

26

27

28